# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Nathaniel James Stanger          CHAPTER 13
        Debtor(s)

BKY. NO. 21-10391 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
22 Jul 2021, 14:19:24, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 1d6ad005b46620d8f69eecc70d0f8f877c2c927fc40c91e6be07c61d6954a546