# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10391-TPA |
| | : | |
| Nathaniel James Stanger, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

May 14, 2021

May 28, 2021

June 11, 2021

June 25, 2021

July 9, 2021

**Next Payment Advice Expected (post-filing):**

July 27, 2021

K.D.                    STANGER, NATHANIEL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10391-TPA |
| | : | |
| Nathaniel James Stanger, | : | CHAPTER 7 |
| Debtor | : | |
| | : | |
| Nathaniel James Stanger, | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Nathaniel James Stanger, hereby state as follows:

1.) I am employed by Wendy's where I bring home an average of $2,880.07 per month.
2.) I also receive Food Stamps in the amount of $190.00 per month.
3.) I was required to file 2019 - 2020 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>July 29, 2021</u>             <u>/s/ Nathaniel James Stanger</u>
                                                     Debtor



**Wendy's**
947 Adair Ave
Zanesville, OH 43701

Direct Deposit Advice    paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | May 14, 2021 | 157160 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 1,425.69 |
| **Total Direct Deposits** | | | **1,425.69** |

80839  100-6-572M  913711 157160 152847    80839
Nathaniel J Stanger
112 Plum St
Greenville, PA  16125

## Non Negotiable - This is not a check - Non Negotiable

### Primary Aim LLC

**Nathaniel J Stanger**                                                            **Earnings Statement**

| Employee ID | 913711 | Fed Taxable Income | 1,572.37 | Check Date | May 14, 2021 | Voucher Number | 157160 |
| Location | 100-6-572M | Fed Filing Status | H | Period Beginning | April 26, 2021 | Net Pay | 1,425.69 |
| Hourly | $15.24 | State Filing Status | S-0 | Period Ending | May 9, 2021 | Total Hours Worked | 98.55 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 375.00 |
| Hero Pay | | | | 187.50 |
| Holiday | | | | 120.00 |
| Overtime | 22.86 | 18.55 | 424.03 | 2,870.93 |
| PTO | | | | 120.00 |
| Qtrly 1 Bo | | | | 400.00 |
| Qtrly 4 Bo | | | | 300.00 |
| Regular | 15.24 | 80.00 | 1,219.20 | 11,680.96 |
| **Gross Earnings** | | **98.55** | **1,643.23** | **16,054.39** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 277.75 |
| MED | 22.80 | 222.53 |
| PA | 0.00 | 38.76 |
| PA-430404 | 23.59 | 221.50 |
| PA-SP17 | 1.81 | 18.10 |
| PASUI-E | 0.99 | 9.64 |
| SS | 97.49 | 951.44 |
| **Taxes** | **146.68** | **1,739.72** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 4.81 | 48.10 |
| Medical Ins | 61.66 | 616.60 |
| Vision | 4.39 | 43.90 |
| **Deductions** | **70.86** | **708.60** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| PNC BANK | C    ***4554 | 1,425.69 |
| **Total Direct Deposits** | | **1,425.69** |

Primary Aim LLC | 947 Adair Ave Zanesville, OH 43701 | (740) 454-2568 | FEIN: 31-1669790 | PA: 74-85903



**Wendy's**
947 Adair Ave
Zanesville, OH 43701

Direct Deposit Advice

**paylocity**

**Check Date** May 28, 2021

**Voucher Number** 159574

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 1,231.32 |
| **Total Direct Deposits** | | | **1,231.32** |

80839   100-6-572M   913711  159574  155172    **80839**
**Nathaniel J Stanger**
112 Plum St
Greenville, PA 16125

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Primary Aim LLC

**Nathaniel J Stanger**                                                                                     **Earnings Statement**

| Employee ID | 913711 | Fed Taxable Income | 1,358.26 | Check Date | May 28, 2021 | Voucher Number | 159574 |
| Location | 100-6-572M | Fed Filing Status | H | Period Beginning | May 10, 2021 | Net Pay | 1,231.32 |
| Hourly | $15.24 | State Filing Status | S-0 | Period Ending | May 23, 2021 | Total Hours Worked | 89.18 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 375.00 |
| Hero Pay | | | | 187.50 |
| Holiday | | | | 120.00 |
| Overtime | 22.86 | 9.18 | 209.92 | 3,080.85 |
| PTO | | | | 120.00 |
| Qtrly 1 Bo | | | | 400.00 |
| Qtrly 4 Bo | | | | 300.00 |
| Regular | 15.24 | 80.00 | 1,219.20 | 12,900.16 |
| **Gross Earnings** | | **89.18** | **1,429.12** | **17,483.51** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 277.75 |
| MED | 19.69 | 242.22 |
| PA | 0.00 | 38.76 |
| PA-430404 | 20.37 | 241.87 |
| PA-SP17 | 1.81 | 19.91 |
| PASUI-E | 0.86 | 10.50 |
| SS | 84.21 | 1,035.65 |
| **Taxes** | **126.94** | **1,866.66** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 4.81 | 52.91 |
| Medical Ins | 61.66 | 678.26 |
| Vision | 4.39 | 48.29 |
| **Deductions** | **70.86** | **779.46** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| PNC BANK | C   ***4554 | 1,231.32 |
| **Total Direct Deposits** | | **1,231.32** |

Primary Aim LLC | 947 Adair Ave Zanesville, OH 43701 | (740) 454-2568 | FEIN: 31-1669790 | PA: 74-85903



**Wendy's**
947 Adair Ave
Zanesville, OH 43701

Direct Deposit Advice

**paylocity**

**Check Date**   **Voucher Number**
June 11, 2021    161984

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 1,089.86 |
| **Total Direct Deposits** | | | **1,089.86** |

80839  100-6-572M  913711  161984  157494   80839
Nathaniel J Stanger
112 Plum St
Greenville, PA 16125

## Non Negotiable - This is not a check - Non Negotiable

### Primary Aim LLC

**Nathaniel J Stanger**                                                                  **Earnings Statement**

| Employee ID | 913711 | Fed Taxable Income | 1,202.46 | Check Date | June 11, 2021 | Voucher Number | 161984 |
| Location | 100-6-572M | Fed Filing Status | H | Period Beginning | May 24, 2021 | Net Pay | 1,089.86 |
| Hourly | $15.24 | State Filing Status | S-0 | Period Ending | June 6, 2021 | Total Hours Worked | 69.03 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 375.00 |
| Hero Pay | | | | 187.50 |
| Holiday | | | | 120.00 |
| Overtime | 22.86 | 29.03 | 663.72 | 3,744.57 |
| PTO | | | | 120.00 |
| Qtrly 1 Bo | | | | 400.00 |
| Qtrly 4 Bo | | | | 300.00 |
| Regular | 15.24 | 40.00 | 609.60 | 13,509.76 |
| **Gross Earnings** | | **69.03** | **1,273.32** | **18,756.83** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 277.75 |
| MED | 17.44 | 259.66 |
| PA | 0.00 | 38.76 |
| PA-430404 | 18.04 | 259.91 |
| PA-SP17 | 1.81 | 21.72 |
| PASUI-E | 0.76 | 11.26 |
| SS | 74.55 | 1,110.20 |
| **Taxes** | **112.60** | **1,979.26** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 4.81 | 57.72 |
| Medical Ins | 61.66 | 739.92 |
| Vision | 4.39 | 52.68 |
| **Deductions** | **70.86** | **850.32** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 1,089.86 |
| **Total Direct Deposits** | | | **1,089.86** |

Primary Aim LLC | 947 Adair Ave  Zanesville, OH 43701 | (740) 454-2568 | FEIN: 31-1669790 | PA: 74-85903



**Wendy's**
947 Adair Ave
Zanesville, OH 43701

Direct Deposit Advice

**Check Date** June 25, 2021

**Voucher Number** 164644

paylocity

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 1,002.87 |
| **Total Direct Deposits** | | | **1,002.87** |

80839   100-6-572M   913711   164644   160066    80839
Nathaniel J Stanger
112 Plum St
Greenville, PA 16125

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Primary Aim LLC

**Nathaniel J Stanger**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 913711 | Fed Taxable Income | 1,147.08 | Check Date | June 25, 2021 | Voucher Number 164644 |
| Location | 100-6-572M | Fed Filing Status | H | Period Beginning | June 7, 2021 | Net Pay 1,002.87 |
| Hourly | $15.24 | State Filing Status | S-0 | Period Ending | June 20, 2021 | Total Hours Worked 39.92 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 375.00 |
| Hero Pay | | | | 187.50 |
| Holiday | | | | 120.00 |
| Overtime | | | | 3,744.57 |
| PTO | | | | 120.00 |
| Qtrly 1 Bo | | | | 400.00 |
| Qtrly 4 Bo | | | | 300.00 |
| Regular | 15.24 | 39.92 | 608.34 | 14,118.10 |
| Vacation A | 15.24 | 40.00 | 609.60 | 609.60 |
| **Gross Earnings** | | **79.92** | **1,217.94** | **19,974.77** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 277.75 |
| MED | 16.63 | 276.29 |
| PA | 0.00 | 38.76 |
| PA-430404 | 17.21 | 277.12 |
| PA-SP17 | 1.81 | 23.53 |
| PASUI-E | 0.73 | 11.99 |
| SS | 71.12 | 1,181.32 |
| **Taxes** | **107.50** | **2,086.76** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 4.81 | 62.53 |
| Medical Ins | 61.66 | 801.58 |
| Shoes for Crews | 36.71 | 36.71 |
| Vision | 4.39 | 57.07 |
| **Deductions** | **107.57** | **957.89** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 1,002.87 |
| **Total Direct Deposits** | | | **1,002.87** |

Primary Aim LLC | 947 Adair Ave Zanesville, OH 43701 | (740) 454-2568 | FEIN: 31-1669790 | PA: 74-85903



947 Adair Ave
Zanesville, OH 43701

Direct Deposit Advice

**Check Date** July 9, 2021

**Voucher Number** 167565

paylocity

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 1,570.39 |
| **Total Direct Deposits** | | | **1,570.39** |

80839  100-6-572M  913711  167565  162897  80839

Nathaniel J Stanger
112 Plum St
Greenville, PA  16125

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Primary Aim LLC

**Nathaniel J Stanger**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 913711 | Fed Taxable Income | 1,729.74 | Check Date | July 9, 2021 | |
| Location | 100-6-572M | Fed Filing Status | H | Period Beginning | June 21, 2021 | |
| Hourly | $15.24 | State Filing Status | S-0 | Period Ending | July 4, 2021 | |

**Earnings Statement**

| | |
|---|---|
| Voucher Number | 167565 |
| Net Pay | 1,570.39 |
| Total Hours Worked | 105.43 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 375.00 |
| Hero Pay | | | | 187.50 |
| Holiday | | | | 120.00 |
| Overtime | 22.86 | 25.43 | 581.40 | 4,325.97 |
| PTO | | | | 120.00 |
| Qtrly 1 Bo | | | | 400.00 |
| Qtrly 4 Bo | | | | 300.00 |
| Regular | 15.24 | 80.00 | 1,219.20 | 15,337.30 |
| Thank You | | | | 500.00 |
| Vacation A | | | | 609.60 |
| **Gross Earnings** | | **105.43** | **1,800.60** | **22,275.37** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 387.75 |
| MED | 25.08 | 308.62 |
| PA | 0.00 | 54.11 |
| PA-430404 | 25.95 | 310.57 |
| PA-SP17 | 0.00 | 25.34 |
| PASUI-E | 1.08 | 13.37 |
| SS | 107.24 | 1,319.56 |
| **Taxes** | **159.35** | **2,419.32** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | 4.81 | 67.34 |
| Medical Ins | 61.66 | 863.24 |
| Shoes for Crews | | 36.71 |
| Vision | 4.39 | 61.46 |
| **Deductions** | **70.86** | **1,028.75** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 1,570.39 |
| **Total Direct Deposits** | | | **1,570.39** |

Primary Aim LLC | 947 Adair Ave  Zanesville, OH 43701 | (740) 454-2568 | FEIN: 31-1669790 | PA: 74-85903



**Wendy's**
947 Adair Ave
Zanesville, OH 43701

Direct Deposit Advice

**paylocity**

**Check Date**
July 9, 2021

**Voucher Number**
167564

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | PNC BANK | C | ***4554 | 326.79 |
| | **Total Direct Deposits** | | | **326.79** |

80839  100-6-572M  913711 167564 162896   80839
Nathaniel J Stanger
112 Plum St
Greenville, PA  16125

Non Negotiable - This is not a check - Non Negotiable

## Primary Aim LLC

**Nathaniel J Stanger**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 913711 | Fed Taxable Income | 500.00 | Check Date | July 9, 2021 |
| Location | 100-6-572M | Fed Filing Status | H | Period Beginning | June 21, 2021 |
| Hourly | $15.24 | State Filing Status | S-0 | Period Ending | July 4, 2021 |

**Earnings Statement**

| | |
|---|---|
| Voucher Number | 167564 |
| Net Pay | 326.79 |
| Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bonus | | | | 375.00 |
| Hero Pay | | | | 187.50 |
| Holiday | | | | 120.00 |
| Overtime | | | | 4,325.97 |
| PTO | | | | 120.00 |
| Qtrly 1 Bo | | | | 400.00 |
| Qtrly 4 Bo | | | | 300.00 |
| Regular | | | | 15,337.30 |
| Thank You | | 0.00 | 500.00 | 500.00 |
| Vacation A | | | | 609.60 |
| **Gross Earnings** | | **0.00** | **500.00** | **22,275.37** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 110.00 | 387.75 |
| MED | 7.25 | 308.62 |
| PA | 15.35 | 54.11 |
| PA-430404 | 7.50 | 310.57 |
| PA-SP17 | 1.81 | 25.34 |
| PASUI-E | 0.30 | 13.37 |
| SS | 31.00 | 1,319.56 |
| **Taxes** | **173.21** | **2,419.32** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins | | 67.34 |
| Medical Ins | | 863.24 |
| Shoes for Crews | | 36.71 |
| Vision | | 61.46 |
| | | **1,028.75** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***4554 | 326.79 |
| **Total Direct Deposits** | | | **326.79** |

Primary Aim LLC | 947 Adair Ave  Zanesville, OH 43701 | (740) 454-2568 | FEIN: 31-1669790 | PA: 74-85903