**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10391-TPA |
| | : | |
| **Nathaniel James Stanger,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | DOCKET NO.: 23 |
| **Nathaniel James Stanger,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ally Financial,** | : | |
| **Pennymac Loan Services,** | : | |
| | : | |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO EXTEND THE AUTOMATIC STAY, filed on July 14, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than July 31, 2021. It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: August 2, 2021

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com

# **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Date: August 2, 2021 | By: /s/ *Kristen N. Dennis* |
| | KRISTEN N. DENNIS |
| | PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

## MATRIX

Richard Paul DeAngello
156 DeAngello Lane
Harrisville, PA 16038

Ally Financial
Po Box 380901
Bloomington, MN 55438

Pennymac Loan Services
Po Box 514357
Los Angeles, CA 90051

Ronda Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov