**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 21-10391-TPA** |
| | : | |
| Nathaniel James Stanger, | : | **CHAPTER 13** |
| Debtor, | : | |
| _____: | **MOTION NO.: WO - 1** |
| Nathaniel James Stanger, | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 24** |
| | : | |
| vs. | : | |
| | : | |
| Wendy's, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: August 4, 2021

By: /s/ Kaitlyn E. Vale
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**WENDY'S**
**947 ADAIR AVENUE**
**ZANESVILLE, OH 43701**