**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10391-TPA |
| | : | |
| **Nathaniel James Stanger,** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 25 |
| **Nathaniel James Stanger,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ally Financial,** | : | |
| **Pennymac Loan Services,** | : | |
| | : | |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: August 5, 2021                                                           *By: /s/ Kristen N. Dennis*
                                                                                                   Kristen N. Dennis, PARALEGAL
                                                                                                   FOSTER LAW OFFICES
                                                                                                   1210 Park Avenue
                                                                                                   Meadville, PA 16335
                                                                                                   Tel 814.724.1165
                                                                                                   Fax 814.724.1158

**MATRIX**

Nathaniel James Stanger
112 Plum Street
Greenville, PA 16125

Ally Financial
Po Box 380901
Bloomington, MN 55438

Pennymac Loan Services
Po Box 514357
Los Angeles, CA 90051

Ronda Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov