**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/3/21 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10391-TPA |
| | : | |
| Nathaniel James Stanger, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 6 |
| Nathaniel James Stanger, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ally Financial, | : | |
| Pennymac Loan Services, | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| AND | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## ORDER REGARDING MOTION TO EXTEND THE AUTOMATIC STAY

**AND NOW,** on this __3rd__ day of __August__, 2021, upon consideration of the within Motion to Extend the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay is EXTENDED pursuant of 11 U.S.C. §362 (C) (3) (B). The Automatic Stay provided under 11 U.S.C. §362 (a) is EXTENDED as to all respondents until further Order of Court.

BY THE COURT,

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

ljm

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 21-10391-TPA
Nathaniel James Stanger                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                    User: lfin                                  Page 1 of 1
Date Rcvd: Aug 03, 2021                 Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nathaniel James Stanger, 112 Plum Street, Greenville, PA 16125-1857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021                         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Nathaniel James Stanger dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4