**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 21-10391-TPA |
| | : | |
| **Nathaniel James Stanger,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 39 |
| **Nathaniel James Stanger,** | : | |
| Movant, | : | HEARING DATE AND TIME: |
| | : | November 3, 2021 at 10:30AM |
| vs. | : | |
| | : | |
| **Greenville Borough,** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **October 7, 2021**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A Zoom Video Conference Hearing will be held on **November 3, 2021 at 10:30 AM**, before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-inCharge, at 814-464-9760. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective August 13, 2021, which can be found on the Court's website at

https://www.pawb.uscourts.gov/content/judge-thomasp-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: September 20, 2021

                                               Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the NOTICE OF HEARING ALONG WITH DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR, by Certified Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: September 20, 2021 | By: /s/ Kristen N. Dennis |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

MATRIX

Nathaniel James Stanger
112 Plum Street
Greenville, PA 16125

Greenville Borough
125 Main Street
Greenville, PA 16125

James Douglas
409 N. Hermitage Road
Hermitage, PA 16148

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov