# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 21-10391-TPA |
| | : | |
| **Nathaniel James Stanger,** | : | **CHAPTER 13** |
| Debtor, | : | |
| _____ | : | **DOCKET NO.: 41** |
| **Nathaniel James Stanger,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Discover Bank,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## **CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AVOID**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO AVOID DISCOVER BANK, filed on September 20, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than October 7, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>October 8, 2021</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the CERTIFICATE OF NO OBJECTION, by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: October 8, 2021

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

## MATRIX

Nathaniel James Stanger
112 Plum Street
Greenville, PA 16125

Discover Bank
Po Box 3025
New Albany, OH 43054

James Valecko
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219-1842

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov