**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/06/2025

IN RE:

| | |
|---|---|
| NATHANIEL JAMES STANGER<br>112 PLUM STREET<br>GREENVILLE, PA  16125<br>XXX-XX-1505         Debtor(s) | Case No.21-10391<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/6/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | Cred Desc | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SO** ATTN BANKRUPTCY NOTICING, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118 | 1 | 0.00% | | NOTICE ONLY | | 0.00 | ALLY FNCL/PRAE |
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000, PHILADELPHIA, PA 19106 | 2 | 0.00% | | NOTICE ONLY | | 0.00 | PENNYMAC/PRAE |
| **ALLY FINANCIAL(*)** PAYMENT PROCESSING CENTER*, PO BOX 660618, DALLAS, TX 75266-0618 | 3 | 0.00% | | VEHICLE | 2679 | 0.00 | SURR/PL*NO PMTS/CONF-OE*TOTALED/STATE FARM*DK |
| **PENNYMAC LOAN SERVICES LLC** PO BOX 660929, DALLAS, TX 75266-0929 | 4 | 0.00% | 4 | MORTGAGE REGULAR PAYMEN | 2961 | 0.00 | PMT/DECLAR*DKT4PMT-LMT*BGN 8/21 |
| **BANK OF AMERICA NA**** PO BOX 15102, WILMINGTON, DE 19886-5102 | 5 | 0.00% | 2 | UNSECURED CREDITOR | 5151 | 5,737.71 | |
| **CBE GROUP** 1309 TECHNOLOGY PRKWAY, CEDAR FALLS, IA 50613 | 6 | 0.00% | | UNSECURED CREDITOR | 0104 | 0.00 | NT ADR~DIRECTV/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** PO BOX 12914, NORFOLK, VA 23541 | 7 | 0.00% | 5 | UNSECURED CREDITOR | 4710 | 6,324.17 | CITIBANK |
| **DISCOVER BANK(*)** C/O DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025 | 8 | 0.00% | 1 | UNSECURED CREDITOR | 7266 | 5,621.98 | AVD/OE*JDGMNT/SCH*CL=UNS*DK |
| **MIDLAND FUNDING** PO BOX 2011, WARREN, MI 48090 | 9 | 0.00% | | UNSECURED CREDITOR | 8129 | 0.00 | COMENITY/SCH |
| **PRA AG FUNDING LLC** C/O PORTFOLIO RECOVERY ASSOC, 120 CORPORATE BLVD STE 100, NORFOLK, VA 23502 | 10 | 0.00% | | UNSECURED CREDITOR | 4710 | 0.00 | CITIBANK/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1505 |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1505 |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO  63179-0336 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 39,236.85<br>COMMENT: 8635/SCH*GU TIMELY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1505 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8651 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8647 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8654 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8641 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8628 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8520 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8512 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMENITY BANK++**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br><br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WELTMAN WEINBERG & REIS CO LPA***<br>ATTN CH 13 BANKRUPTCY NOTICES<br>5990 WEST CREEK RD STE 200<br><br>INDEPENDENCE, OH 44131 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA 17128-0946 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 960.39<br>COMMENT: 1505/8503*CL3GOV*NT/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1505 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA 17128-0946 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 47.80<br>COMMENT: 1505/8503*CL3GOV@CID 24*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1505 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX 75266-0929 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 16,788.95<br>COMMENT: $/CL-PL*THRU 7/21 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2961 |
| **TOWN OF GREENVILLE FKA BOROUGH OF GRE**<br>125 MAIN ST<br><br>GREENVILLE, PA 16125 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 718.31<br>COMMENT: AVD/OE*55 522 113*NT/SCH*STORMWATER FEES*16-20*LIEN*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2113 |
| **WESTLAKE FINANCIAL SERVICES (*)**<br>4751 WILSHIRE BLVD STE 100<br><br>LOS ANGELES, CA 90010 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PMT/PL*399.41x(57 REM MO+2)=LMT*BGN 11/21*NEED ACCT NO*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: |