## UNITED STATES BANRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| In re: <br><br> Nathaniel James Stranger <br><br> Debtor(s). | Case No. 21-10391 JCM <br><br> Chapter 13 <br><br> **NOTICE OF SATISFACTION OF PROOF OF CLAIM # 7-1** |

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that the US Department of Education ("Creditor"), considers the Proof of Claim filed on October 15, 2021, and assigned claim number 7-1, satisfied as of the date of this Notice. The loans have been forgiven and any future disbursements on claim number 7-1 should cease at this time.

Dated: July 10, 2025

        Respectfully submitted,

        /s/ Julie Yang
        Julie Yang
        Operations Specialist Senior
        US Department of Education
        P.O. Box 16448
        St. Paul, MN 55116-0448

2015-N-4507

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 10, 2025, via electronic notice unless otherwise stated:

**Ronda j. Winnecour**
Chapter 13 Trustee Office
USX Tower
600 Grant Street
Suite 3250
Pittsburg, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
1000 Liberty Avenue
Suite 1316
Pittsburg, PA 15222

**Daniel P. Foster**
Attorney for Debtor
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

/s/ Julie Yang
Julie Yang
Operations Specialist Senior
US Department of Education
P.O. Box 16448
St. Paul, MN 55116-0448