## UNITED STATES BANRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| In re:<br><br>Nathaniel James Stranger<br><br>Debtor(s). | Case No. 21-10391 JCM<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM # 7-1** |

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that the US Department of Education ("Creditor"),

considers the Proof of Claim filed on October 15, 2021, and assigned claim number 7-1, satisfied as of the

date of this Notice. The loans have been forgiven and any future disbursements on claim number 7-1 should cease at

this time.

Dated: <u>July 10, 2025</u>

Respectfully submitted,

<u>/s/ Julie Yang</u>
Julie Yang
Operations Specialist Senior
US Department of Education
P.O. Box 16448
St. Paul, MN 55116-0448

**SO ORDERED**
July 11, 2025

John C. Melaragno, Judge   **dak**
United States Bankruptcy Court
SIGNED
7/11/25 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2015-N-4507

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-10391-JCM

Nathaniel James Stanger                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathaniel James Stanger, 112 Plum Street, Greenville, PA 16125-1857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: EDBKNotices@ecmc.org | Jul 11 2025 23:40:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448, UNITED STATES 55116-0448 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Nathaniel James Stanger dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour
                              cmecf@chapter13trusteewdpa.com


TOTAL: 4