**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **CASE NO. 21-10391-JCM** |
| | : | |
| **Nathaniel James Stanger,** | : | **CHAPTER 13** |
| **Debtor,** | : | |
| | : | **MOTION NO.: WO - 1** |
| **Nathaniel James Stanger,** | : | |
| **Movant,** | : | **RELATED TO DOCKET NO.: 104** |
| | : | |
| **vs.** | : | |
| | : | |
| **O'Reilly Auto Parts,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: September 25, 2026

By: /s/ Caitlyn A. Campbell
Caitlyn A. Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## MATRIX

**O'REILLY AUTO PARTS**
**20 HADLEY ROAD**
**HEMPFIELD TOWNSHIP, PA 16125**