Certificate Number: 03088-PAW-DE-041515838

Bankruptcy Case Number: 21-10391

03088-PAW-DE-041515838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2026, at 5:21 o'clock PM CDT, Nathaniel James Stanger completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 2, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor